UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 24 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | VIOLATION: |
| HARRY I. MARTIN, JR., | : | 18 U.S.C. § 201(c)(1)(A) (Gratuity Paid to a Public Official) |
| Defendant. | : | |
| | : | 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done) |

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant SHIM, with the concurrence of his attorney, Steven L. Braga, agree and stipulate as follows:

### Relevant Entities and Individuals

1. The defendant, HARRY I. MARTIN, JR. ("MARTIN"), was the founder, President, Chief Executive Officer, and 100-percent owner of Intelligent Decisions, an information technology company with offices in Ashburn, Virginia. The vast majority of the business of Intelligent Decisions came from contracts with the United States government. MARTIN possessed a corporate credit card to use for business purposes.

2. Until 2011, Chae Shim ("Shim") was the Director of Acquisition Accounts, Asia/Pacific, for Intelligent Decisions. Intelligent Decisions provided Shim with a corporate credit card to use for business purposes.

3. The Program Executive Office Enterprise Information Systems ("PEO EIS") was an organization within the United States Department of the Army ("Army"), which provided infrastructure and information management systems to the Army. The Project Manager, Defense Communications and Army Transmission Systems ("PM DCATS"), was a division of PEO EIS.

The Product Management, Installation Information Infrastructure Modernization Program ("PM I3MP"), was another division of PEO EIS.

4. In Seon Lim ("Lim") was a public official until on or about April 27, 2012. Lim was an Assistant Project Manager for PM DCATS until in or about June 2010. While employed as an Assistant Project Manager, Lim resided and worked in Seoul, South Korea. From in or about June 2010 until his resignation on or about April 27, 2012, Lim was a Product Director for PM I3MP.

5. While stationed in Seoul, South Korea, Lim coordinated a task on a prime contract with the Eighth United States Army, Command and Control C4IT Technical Support Services, prime contract number W15P7T-06-D-E407 (the "Prime Contract"). Lim was the most senior PM DCATS employee stationed in South Korea. Lim's primary official duties in South Korea were to oversee and implement communication systems upgrades for the U.S. Forces in South Korea, which included approximately ten communication centers and various other special projects at military sites throughout the country, including equipping video conference centers. As part of those official duties, Lim talked with "customers" (commanders at various military sites), determined their needs, wrote contract requirements and the statements of work, and worked with the contracting center in Fort Monmouth, New Jersey, to bid contracts based on customer requirements.

6. Company F was the prime contractor for the Prime Contract. Company F maintained offices in Eatontown, New Jersey.

7. Unisource Enterprise Inc. ("UEI"), was a government contractor that maintained its corporate headquarters in Annandale, Virginia. Nick Park, a/k/a Nochol Park ("Park"), founded UEI in 2007. From in or about September 2008 through in or about January 2009, UEI obtained an Information Technology Help Desk subcontract under the Prime Contract. In or

2

about January 2009, Intelligent Decisions replaced UEI as a subcontractor under the Prime Contract. Intelligent Decisions remained a subcontractor on the Prime Contract until in or about March 2010.

8. Oh Sung Kwon, a/k/a Thomas Kwon ("Kwon"), was the co-founder and Chief Financial Officer of Avenciatech, Inc. ("Avenciatech"), which maintained its corporate headquarters in Annandale, Virginia. Since in or about October 2009, Avenciatech was a subcontractor under the Prime Contract.

9. John Han Lee ("Lee") was a former employee of UEI and, later, Intelligent Decisions. In or about December 2009, Lee left Intelligent Decisions and became the Vice President-Operations of Avenciatech.

### The Scheme

10. In or about January 2009, Lee approached MARTIN and Shim with the opportunity for Intelligent Decisions to take over two subcontracts from UEI pertaining to an information technology help desk. MARTIN and Shim expressed interest in having Intelligent Decisions take over the subcontracts.

11. Prior to the award of the subcontracts, MARTIN and Shim traveled to South Korea to meet with Lim. On or about January 23, 2009, in South Korea, MARTIN used his corporate credit card to pay approximately $553.03 for dinner for six individuals, including Lim and Shim. On or about January 24, 2009, in South Korea, Shim used his corporate credit card to pay approximately $2,382.49 for drinks and entertainment for six individuals, including Lim and MARTIN.

12. On or about January 26, 2009, MARTIN and Shim sent emails to Lim as a follow-up to their meeting with Lim in South Korea. Both MARTIN and Shim expressed their desire for Intelligent Decisions to work together with Lim.

13. On or about January 30, 2009, with Lim's assistance, Intelligent Decisions was awarded the Help Desk subcontracts previously held by UEI. The first subcontract (Purchase Order Number S352009-1) had an initial period of performance from February 1, 2009 through March 31, 2009, with an initial value of $525,000. The second subcontract (Purchase Order Number S352009-2) had an initial period of performance from February 1, 2009 through March 28, 2009, with an initial value of $67,294.40. As part of the agreement to obtain the subcontracts, Intelligent Decisions hired Lee and two other former UEI employees to work for Intelligent Decisions on the subcontracts in South Korea.

14. After obtaining the subcontracts, Intelligent Decisions paid for rail transportation, hotel, and meal expenses for Lim and Lim's close family members to travel for a weekend stay in Busan, South Korea in February 2009. MARTIN and Shim were present in Busan and approved the expenses. Rail transportation cost approximately $370 and the hotel cost approximately $462.66. On or about February 21, 2009, MARTIN used his corporate credit card to pay approximately $2,353.68 for drinks and entertainment for six individuals, including Lim and Shim. That same day in Busan, another employee of Intelligent Decisions spent approximately $332 on drinks and entertainment for himself and Lim.

15. On or about March 27, 2009, with Lim's assistance, Intelligent Decisions obtained a modification of Purchase Order Number S352009-1 to extend the period of performance through February 26, 2010, and to increase the total value of the order to $2,819,720.81.

16. On or about April 3, 2009, Intelligent Decisions paid approximately $2,706.20 for a golf outing for eight individuals, including Lim, in South Korea.

17. On or about May 8, 2009, in McLean, Virginia, Shim used his corporate credit card to purchase a set of golf clubs for Lim for $1,223.22. Shim originally described this

4

purchase on his expense report as "Per Harry [MARTIN], Golf set for Customer." Shim later changed the description to "Donation for [Intelligent Decisions] sponsored Golf outing," after he was admonished by another employee of Intelligent Decisions. MARTIN was made aware of the purchase of the golf clubs after it took place.

18. On or about May 8, 2009, MARTIN used his corporate credit card to pay approximately $738.13 for a dinner for MARTIN, Shim, and Lim at The Palm restaurant in Virginia. On or about May 9, 2009, MARTIN used his corporate credit card to pay approximately $2,000 for drinks and entertainment in Virginia for Lim, MARTIN, and Shim.

19. On or about May 9, 2009, Shim used his corporate credit card to pay approximately $17.60 for a breakfast for himself and Lim.

20. On or about May 18, 2009, with Lim's assistance, Intelligent Decisions obtained a modification of Purchase Order Number S352009-2 to extend the period of performance through September 9, 2009, and to increase the total value of the order to $1,348,776.03.

21. In or around May 2009, Intelligent Decisions paid approximately $480 for a golf outing for four individuals, including Lim and Shim, in Sterling, Virginia. On or about June 11, 2009, Intelligent Decisions paid approximately $525.86 for a golf outing for four individuals, including Lim and Shim, in South Korea.

22. On or about June 11, 2009, Intelligent Decisions paid approximately $3,232.25 for a dinner for eight individuals, including Lim and Shim, in South Korea.

23. On or about June 29, 2009, Intelligent Decisions paid approximately $2,047.81 for a first-class ticket upgrade for Lim. An employee of Intelligent Decisions demanded that Lim repay the cost of the upgrade, and Lim did so. Shim later paid Lim approximately $700 to partially compensate him for the cost of the upgrade.

24.     On July 23, 2009, MARTIN and Shim used their corporate credit cards to pay approximately $2,850 for drinks and entertainment in Virginia for Lim, Kwon, MARTIN, and Shim. On July 25, 2009, MARTIN used his corporate credit card to pay approximately $444.35 for a dinner with Lim and Shim at a restaurant in Virginia.

25.     On or about August 5, 2009, Intelligent Decisions paid approximately $698.20 for a golf outing for four individuals, including Lim and Shim, in South Korea.

26.     On or about August 7, 2009, Intelligent Decisions paid approximately $1,344.13 for drinks and entertainment in South Korea for four individuals, including Lim and Shim.

27.     On or about November 15, 2009, Intelligent Decisions paid approximately $2182.40 to entertain several individuals, including Lim, at a professional football game in Landover, Maryland. The cost attributable to Lim was approximately $453.87. Shim traveled to and from the game with Lim using a car service paid for by Intelligent Decisions. MARTIN was not present at the football game but authorized the expense prior to the game.

28.     On or about November 30, 2009, MARTIN used his corporate credit card to pay approximately $1,650.30 for a dinner for five individuals, including Lim and Shim.

29.     On or about December 2, 2009, Shim used his corporate credit card to pay approximately $71.44 for a dinner for three individuals, including Lim and Shim.

30.     On or about December 3, 2009, Shim used his corporate credit card to pay approximately $1,800 for drinks and entertainment for three individuals, including Lim and Shim.

31.     On or about February 11, 2010, Intelligent Decisions obtained a modification of Purchase Order Number S352009-1 to increase the total value of the order to $3,070,969.00.

6

32.     On or about March 12, 2010, Intelligent Decisions obtained a modification of Purchase Order Number S352009-1 to extend the period of performance through March 31, 2010, and to increase the total value of the order to $3,224,147.49.

33.     From in or about January 2009 through in or about December 2009, MARTIN did directly and indirectly give, offer, and promise a thing of value to a public official, otherwise than as provided by law for the proper discharge of official duties, for and because of an official act performed and to be performed by such official, that is MARTIN provided and authorized the provision of meals, entertainment, golf outings, and golf equipment, for and because of the direction of subcontracts to Intelligent Decisions by In Seon Lim and preferential treatment provided and to be provided by In Seon Lim for Intelligent Decisions with subcontracts awarded through the Army.

                         Respectfully submitted,

                         RONALD C. MACHEN JR.
                         United States Attorney

By: _____
      MICHAEL K. ATKINSON
      D.C. Bar No. 430517
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C.  20530
      (202) 252-7817 (Atkinson)
      Michael.Atkinson2@usdoj.gov

Dated: October 3, 2014

### Defendant's Acceptance

I have read this Statement of the Offense and carefully reviewed every part of it with my attorneys. I am fully satisfied with the legal services provided by my attorneys in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

October 6, 2014
Date

Harry I. Martin, Jr.

### Defense Counsel's Acknowledgment

I am the attorney for Harry I. Martin, Jr. I have reviewed every part of this Statement of the Offense with him. It accurately and completely sets forth the Statement of the Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

10/6/14
Date

Stephen L. Braga
Attorney for Harry I. Martin, Jr.

9