AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| HARRY I. MARTIN JR. | ) | Case Number: CR 14-210-01 (EGS) |
| | ) | USM Number: 33513-016 |
| | ) | STEPHEN BRAGA/ MICHAEL ATKINISON (AUSA) |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1 OF THE INFORMATION FILED ON 10/10/14

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

**FILED**
MAR 20 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 201(c)(1)(A) and 2 | Gratuity Paid to a Public Official, and Aiding and Abetting and Causing an Act to be Done | 12/1/2009 | 1 |

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

03/12/15
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

EMMET G. SULLIVAN      U.S. DISTRICT JUDGE
Name and Title of Judge

3/18/15
Date

Judgment—Page __2__ of __5__

DEFENDANT   HARRY I MARTIN JR
CASE NUMBER   CR 14-210-01 (EGS)

# PROBATION

The defendant is hereby sentenced to probation for a term of

Three (3) Years as to Count 1

The defendant shall not commit another federal, state or local crime

The defendant shall not unlawfully possess a controlled substance   The defendant shall refrain from any unlawful use of a controlled substance   The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse *(Check if applicable)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon *(Check if applicable)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer *(Check if applicable)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U S C § 16901, *et seq*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense *(Check, if applicable)*

☐ The defendant shall participate in an approved program for domestic violence *(Check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer,
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities,
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons,
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment,
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician,
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer,
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer,
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court, and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

DEFENDANT    HARRY I. MARTIN JR
CASE NUMBER  CR 14-210-01 (EGS)

## ADDITIONAL PROBATION TERMS

While on supervision, you shall submit to collection of DNA, you shall not possess a firearm or other dangerous weapon, you shall not use or possess an illegal controlled substance, and you shall not commit another federal, state, or local crime. You shall also abide by the general conditions of supervision adopted by the U.S. Probation Office, as well as the following special conditions.

Location Monitoring - You shall be monitored by Radio Frequency (RF) Monitoring and shall abide by all technology requirements for a period of One Hundred and Eighty (180) days. You shall pay all costs of participation in the location monitoring program as directed by the court and/or the US probation officer. This form of location monitoring technology is ordered to monitor the following restrictions on your movement in the community as well as other court-imposed conditions of release. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the officer. During the term of location monitoring there shall not be any travel.

Fine Obligation - You shall pay the balance of any fine owed at a rate as approved and directed by the U.S. Probation Office. Fine is to be paid at anytime before the expiration of supervision. Interest on Fine is not waived.

Community Service - You shall perform 500 hours of community service during the term or supervision, as approved and directed by the Probation Office.

Judgment — Page __4__ of __5__

DEFENDANT   HARRY I MARTIN JR
CASE NUMBER   CR 14-210-01 (EGS)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 00 | $ 250,000 00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below   However, pursuant to 18 U S C § 3664(i), all nonfederal victims must be paid before the United States is paid

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0 00 | $ 0 00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U S C § 3612(f)   All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U S C § 3612(g)

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT   HARRY I MARTIN JR
CASE NUMBER   CR 14-210-01 (EGS)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below, or

B ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below), or

C ☐ Payment in equal _____ (e g, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e g months or years), to commence _____ (e g, 30 or 60 days) after the date of this judgment, or

D ☐ Payment in equal _____ (e g weekly monthly quarterly) installments of $ _____ over a period of _____ (e g months or years), to commence _____ (e g, 30 or 60 days) after release from imprisonment to a term of supervision, or

E ☐ Payment during the term of supervised release will commence within _____ (e g 30 or 60 days) after release from imprisonment   The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F ☑ Special instructions regarding the payment of criminal monetary penalties

  Special Assessment of $100 00 is due before the expiration of supervised release

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment   All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate

☐ The defendant shall pay the cost of prosecution

☐ The defendant shall pay the following court cost(s)

☐ The defendant shall forfeit the defendant's interest in the following property to the United States

Payments shall be applied in the following order  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs